

WENDELIN I. LIPP
U.S. BANKRUPTCY JUDGE

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

IN RE:                                |
                                      |
  KEVIN H LEATHERMAN            |    Case No. 08-24116 WIL
  SUSAN M LEATHERMAN            |    Chapter 13
                                      |
    Debtor(s)          |

## ORDER CONFIRMING PLAN

The Plan under Chapter 13 of the Bankruptcy Code having been transmitted to creditor(s) and it having been determined, after hearing on notice, that the requirements for confirmation set forth in 11 U. S. C. §1325 have been satisfied and that the plan complies with the other applicable provisions of the Bankruptcy Code, it is hereby:

**ORDERED,** that the Chapter 13 Plan dated November 13, 2008, is hereby confirmed; and it is further

**ORDERED,** that the property of the estate shall not vest in the Debtor(s) until the Debtor(s) is/are granted a discharge or the case is dismissed or otherwise terminated; and it is further

**ORDERED**, that the Debtor(s) is/are directed to pay to the Trustee the sum of $400.00 per month for 15 months; the $700.00 per month for 29 months on or before the 29th day of each month for a period of 44 months; and it is further

**ORDERED**, that the Debtor(s) is/are directed to provide to the Trustee a copy of each Federal income tax return, and any amendment, at the same time it is filed with the taxing authority while the case is pending; and it is further

Page One

**ORDERED**, that the Debtor(s) is/are directed to provide to the Trustee annually not later than 45 days before the anniversary date of this Order, a statement, under penalty of perjury, of (i) the income and expenditures of the debtor during the tax year most recently concluded before such anniversary date, and (ii) the monthly income of the debtor(s) that shows how income, expenditures, and monthly income are calculated; and which discloses (a) the amount and sources of the debtor(s)' income, (b) the identity of any person responsible with the debtor(s) for the support of any dependent, and (c) the identity of any person who contributed, and the amount contributed, to the household in which debtor(s) reside(s).

TRUSTEE RECOMMENDATION
The Chapter 13 Trustee represents that the plan complies with the provisions of the U.S.C. §1325 and recommends confirmation.

/s/ **Nancy Spencer Grigsby**
Chapter 13 Trustee

cc:   Kevin Harold Leatherman
      17107 Lower Georges Creek Rd, SW
      Lonaconing, MD 21539
      Debtor(s)

      Daniel M. Press, Esquire
      Chung & Press, P.C.
      6718 Whittier Avenue, Suite 200
      McLean, VA 22101
      Debtors Counsel

      Nancy Spencer Grigsby
      4201 Mitchellville Rd, Suite 401
      Bowie, MD 20716
      Chapter 13 Trustee

      All parties of interest

**END OF ORDER**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0416-0<br>Case 08-24116<br>District of Maryland<br>Greenbelt<br>Tue Jan 13 13:14:21 EST 2009 | GE Money Bank<br>c/o Recovery Management Systems Corp<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | HSBC Bank Nevada, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Ste. 200<br>Tucson, AZ 85712-1083 |
| AT&T Universal Card<br>PO Box 182564<br>Columbus, OH 43218-2564 | Allegany County Teachers Credit Union<br>14316 National Highway, SW<br>LeVale, MD 21502-6517 | Bank Of America<br>Bankcard Center<br>PO Box 15184<br>Wilmington, DE 19850-5184 |
| Bon Ton Retail Services<br>PO Box 17264<br>Baltimore, MD 21297-1264 | Capital One Bank<br>PO Box 70884<br>Charlotte, NC  28272-0884 | Chase<br>PO Box 15153<br>Wilmington, DE 19850-5153 |
| Citi Cards<br>PO Box 183065<br>Columbus, OH 43218-3065 | Comptroller of the Treasury<br>Compliance Division, Room 409<br>301 W. Preston Street<br>Baltimore, MD 21201-2305 | Discover Bank/DFS Services LLC<br>POB 3025<br>New Albany Ohio 43054-3025 |
| (p)DISCOVER FINANCIAL SERVICES LLC<br>PO BOX 3025<br>NEW ALBANY OH 43054-3025 | Fashion Bug<br>Spirit Of America National Bank<br>PO Box 580<br>Milford, OH 45150-0580 | First United Bank & Trust<br>PO Box 636<br>Oakland, MD 21550-4636 |
| First United Bank and Trust<br>P.O. Box 9<br>Oakland<br>MD<br>21550-0009 | GM/HSBC Card Services<br>PO Box 37281<br>Baltimore, MD 21297-3281 | HSBC Retail Services<br>Suzuki Loan<br>PO Box 17602<br>Baltimore, MD 21297-1602 |
| HSBC Retal Service<br>2700 Sanders Road<br>Prospect Heights, IL 60070-2701 | JC Penney<br>PO Box 960090<br>Orlando, FL 32896-0090 | Juniper Bank<br>PO Box 13337<br>Philadelphia, PA 19101-3337 |
| LVNV Funding LLC its successors and assigns<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | Lowe's<br>PO Box 960097<br>Orlando, FL 32896-0097 | Mariner Finance LLC<br>3301 Boston Street<br>NO. 201<br>Baltimore MD 21224-4976 |
| Recovery Management Systems Corporation<br>25 S.E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Sears Credit Card<br>PO Box 183081<br>Columbus, OH 43218-3081 | Sears Credit Card<br>PO Box 183082<br>Columbus, OH 43218-3082 |
| State Farm Bank<br>c/o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | State Farm Bank Visa<br>PO Box 23025<br>Columbus, GA 31902-3025 | State of Maryland DLLR<br>Division of Unemployment Insurance<br>1100 N. Eutaw Street, Room 401<br>Baltimore, MD 21201-2201 |

| | | |
|---|---|---|
| Taxing Authority of<br>Allegany County<br>701 Kelly Road<br>Cumberland, MD 21502-2882 | Well Fargo<br>PO Box 94498<br>Las Vegas, NV 89193-4498 | Well Fargo<br>PO Box 98757<br>Las Vegas, NV 89193 |
| Well Fargo<br>PO Box 98784<br>Las Vegas, NV 89193-8784 | Wells Fargo Financial Bank<br>4137 121st Street<br>Urbandale IA 50323-2310 | Wells Fargo Financial Maryland, Inc<br>4137 121st Street<br>Urbandale IA 50323-2310 |
| Wells Fargo Financial National Bank<br>4137 121st Street<br>Urbandale IA 50323-2310 | Wells Fargo Mortgage<br>PO Box 98974<br>Las Vegas, NV 89193 | Daniel M. Press<br>Chung & Press, P .C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 |
| Daniel M. ^1Press<br>Chung & Press, P.C.<br>6718 Whittier Ave., Ste. 200<br>McLean, VA 22101-4531 | Kevin Harold Leatherman<br>17107 Lower Georges Creek Road, SW<br>Lonaconing, MD 21539-1287 | Nancy L Spencer Grigsby<br>4201 Mitchellville Rd. Ste 401<br>Bowie, MD 20716-3164 |
| Susan Marie Leatherman<br>17107 Lower Georges Creek Road, SW<br>Lonaconing, MD 21539-1287 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Discover Card
PO Box 15251
Wilmington, DE 19886

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)SPIRIT OF AMERICA NATIONAL BANK/FASHION BU

End of Label Matrix
Mailable recipients    42
Bypassed recipients     1
Total                  43